UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

KRA ENTERPRISES, INC.

    Defendant.

_____/

CASE NO.: 1:20-cv-10546

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated:
March 10, 2021

    Respectfully Submitted,
    /s/Mark Rozenberg

Mark Rozenberg Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

SO ORDERED. This action is dismissed with prejudice as to Plaintiff Jenisa Angeles.

_____
Hon. Ronnie Abrams
03/11/2021